FILED
2021 Dec-10 AM 09:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED
2021 DEC -9 P 4: 27
N.D. OF ALABAMA

| | |
|---|---|
| *Plaintiff*, (Write your full name. No more than one plaintiff may be named in a pro se complaint) Dr. Catherine James-Peters | Case No.: 2:21-CV-1631-GMB (to be filled in by the Clerk's Office) |
| v. | JURY TRIAL ☐ Yes ☐ No |
| Denis McDonough, Secretary, Department of Veterans Affairs, Agency | |
| *Defendant(s)*, (Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.  The Parties to This Complaint

   **A.   The Plaintiff**

   | | |
   |---|---|
   | Name | Dr. Catherine James-Peters |
   | Street Address | 113 Muirfield Lane |
   | City and County | DOTHAN |
   | State and Zip Code | Alabama 36305 |
   | Telephone Number | (470) 409-6713 |
   | E-mail Address *(if known)* | drcpeters2002@hotmail.com |

    **Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.**

12/08/2021
**Date**

_____
**Participant Signature**

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Denis McDonough |
| Job or Title *(if known)* | Secretary, Department of Veteran Affairs |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

    Defendant No. 4

        Name                              _____

        Job or Title *(if known)*      _____

        Street Address                 _____

        City and County              _____

        State and Zip Code        _____

        Telephone Number         _____

        E-mail Address *(if known)*    _____

**C.**   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

        Name                              CAVHCS Dothan AL Clinic

        Street Address                 Chantilly

        City and County              Montgomery

        State and Zip Code        Alabama

        Telephone Number         _____

**II.**   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

    ☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

        *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

    ☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

        *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

Dr. Catherine James-Peters

☐ Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:



☒ Failure to hire me

☒ Termination of my employment Contract

☐ Failure to promote me

☐ Failure to accommodate my disability

☐ Unequal terms and conditions of my employment

☐ Retaliation

☒ Other acts *(specify)*: Lost a contract with the Atlanta VA clinic as well

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B. It is my best recollection that the alleged discriminatory acts occurred on date(s):
Several dates throughout March 2020 through June 2020

C. I believe that defendant(s) *(check one)*:

☒ is/are still committing these acts against me

☐ is/are not still committing these acts against me

Dr. Catherine James-Peters

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race — "angry black woman" trophe, characterized as poor customer service, lazy, yelling, demeaning others

☐ color

☒ gender/sex — "angry black woman" trophe, charaterized as lazy, yelling, demeaning others,

☐ religion

☐ national origin

☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination)*

☐ disability or perceived disability *(specify disability)*_____

E. The facts of my case are as follows. Attach additional pages if needed.
As an African American Female Physician, I am a rare find in Rural Alabama. I was not hired by VA because, I was targeted and undermined by two caucasian nurse practioners and a LPN who deemed me the "angry black woman". The underminding began March 2020 - June 2020. They were sending emails and making accusations of things to make it seem like that I was the stereotypical "lazy, angry, yelling, black woman". I was accused of not calling in medications, yelling at patients, demeaning patients. Based on what they described. No superior asked me any questions about my side of the incidents. The microagressions cost me my contract and a contract with a different VA clinic.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

IV. **Exhaustion of Federal Administrative Remedies**

   A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____
   July 9 th 2020

   B. The Equal Employment Opportunity Commission *(check one)*:

   ☒ has not issued a Notice of Right to Sue letter

   ☐ issued a Notice of Right to Sue letter, which I received on *(date)*: _____

   *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

   C. Only litigants alleging age discrimination must answer this question:
   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

   ☒ 60 days or more have elapsed

   ☐ less than 60 days have elapsed

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensation for the duration of the contract including the bonus
until retirement age with benefits.
Remove any negative information from my Human Resources File
Allow me the option to work at any VA facility in the future

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Dr. Catherine James-Peters

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 12/9/21

Signature of Plaintiff: _[signature]_

Printed Name of Plaintiff: Catherine James-Peters

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

Plaintiff,

Dr. Catherine James-Peters

ADDITIONAL INFORMATION:

As an African American Female Physician in Alabama, my civil rights were violated at the VA in Dothan, AL by several Caucasian clinical providers. I was professionally lynched by two Caucasian nurse practitioners and a LPN. I was demonized by them and characterized as the "angry black woman". Their microaggressions started with trying to force me take their chronic pain medicine patients without a courtesy handoff. As I reviewed the charts, I realized that several were not in compliance with the clinical guidelines. The NP were writing Controlled substances for patients with abnormal labs. I reached out to supervisors for assistance notifying them of the discrepancies. Apparently, the NPs became upset and started targeting me. They started sending out emails undermining my character by sending emails to Dr. Jenniffer LaPointe the ACOS. She assumed anything they perceived about me was true without every asking me about any incident.

The EEOC complaint was not fully investigated nor recorded everything. I am at a disadvantage. The VA has the patient records that I documented in, the emails that I documented my side of incidents, the other witnesses that still work there that would show how I was discriminated against. I don't have access to that critical evidence. I am filing this petition to have my side of the evidence shown to expose the microaggressions from the Caucasian clinical providers at the VA against a reputable African American Female Physician.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**BIRMINGHAM DISTRICT OFFICE**
1130 - 22ND Street South, Suite 2000
Birmingham, AL 35205-2886

| | |
|---|---|
| Dr. Catherine James-Peters, Complainant, <br><br> v. <br><br> Denis McDonough, Secretary, Department of Veterans Affairs, Agency. | EEOC No. 420-2021-00115X <br> Agency No. 2001-0619-2020105414 <br><br> Date: September 10, 2021 |

## DECISION and ORDER

For the reasons set forth below and in the Agency's Motion for Summary Judgment of April 22, 2021, the Agency's Motion in the above-captioned Complaint is hereby GRANTED.

In ruling on the Agency's motion, the Administrative Judge ("AJ") has considered the Agency's Motion, Complainant's response of May 7, 2021, the Agency's reply of May 12, 2021, oral argument presented at the June 21, 2021 telephonic conference[1], as well as the entire Investigative File and Record. The evidence produced in the above-captioned Complaint has been reviewed in the light most favorable to Complainant.

After reviewing all the evidence, the AJ concludes that there is sufficient information upon which to base a decision without a hearing. There are no material facts in dispute.[2] Any other pending motions are DENIED.

IT IS SO ORDERED, this 10th day of September, 2021.

For the Commission:    *RUSS PARKER*
RUSS PARKER
Administrative Judge

---

[1] The transcript of the conference has been uploaded to the electronic portal.
[2] Complainant contends that her behavior did not justify the Agency's rescission of the offer. As discussed in the Agency's reply brief, the evidence of record does not indicate the complaints that were the basis of the rescission were driven by discriminatory animus or that the Agency's decision to rescind the offer because of those complaints was driven by animus.

1

DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF EMPLOYMENT DISCRIMINATION COMPLAINT ADJUDICATION
WASHINGTON, D.C. 20420

| | |
|---|---|
| Dr. Catherine James-Peters )<br>)<br>Complainant, )<br>)<br>v. )<br>)<br>Secretary, )<br>Department of Veterans Affairs )<br>)<br>Agency, ) | VA Case No.: 2001-0619-2020105414<br><br>EEOC Case No.: 420-2021-00115X |

# FINAL ORDER

The Department will accept and fully implement the attached decision of the EEOC administrative judge. This is the Department's final action in the above captioned case. If dissatisfied with this final action, the complainant may appeal or file a civil action as set forth below.

## RIGHT OF APPEAL

The Complainant may appeal this final decision within 30 days of receipt to: **Equal Employment Opportunity Commission, Office of Federal Operations (OFO)**, P.O. Box 77960, Washington, D.C. 20013. If an appeal is filed, EEOC Form 573 should be used. A copy of EEOC Form 573 is attached. **Due to COVID-19 related restrictions, OFO currently does not have access to mail. If desired, Complainant should file an electronic appeal at** https://publicportal.eeoc.gov/Portal/Login.aspx.

A copy of the appeal to the EEOC **must** also be sent to the VA Office of General Counsel at the following address: **Department of Veterans Affairs, Office of the General Counsel (024), 810 Vermont Ave., N.W., Washington, D.C. 20420.**

Statements or briefs in support of the appeal **must** be submitted to the EEOC within 30 calendar days of the filing of the appeal. A copy of any such statement or brief, including

<u>any statements made on EEOC's "Appellant Docketing Statement", must also be sent to the VA's Office of General Counsel at the above address</u>.

If an appeal is filed with the EEOC, the appeal, and any subsequently filed statement or brief, **must** contain a statement certifying the date and method by which copies of these documents were served on the VA's Office of General Counsel.

If Complainant files an appeal with the Commission beyond the above-noted time limit, Complainant should provide the Commission with an explanation as to why the appeal should be accepted despite its untimeliness. If Complainant cannot explain why timeliness should be excused, the Commission may dismiss the appeal as untimely.

## RIGHT TO FILE A CIVIL ACTION

Complainant also has the right to file a civil action in an appropriate United States District Court. Complainant may file a civil action

> within 90 days of receipt of this final decision <u>if no appeal to EEOC has been filed</u>; or

> within 90 days after receipt of the EEOC's final decision on appeal; or

> after 180 days from the date of filing an appeal with the EEOC if there has been no final decision by the Commission.

The Complainant must name the official head of the Department of Veterans Affairs, **Denis McDonough**, as the defendant. The Complainant may not name just the Department. The Complainant must also state the official title of the Department head, which is the **Secretary of Veterans Affairs.** Failure to provide the name or official title of the head of the Department may result in dismissal of the case. **Please consult your District Court's website for procedures to file a civil action and any COVID-19 related changes in procedures.**

If Complainant decides to file a civil action under Title VII (discrimination due to race, color, religion, sex, national origin, or reprisal) or under the Rehabilitation Act of 1973, as amended, (discrimination due to disability), and if Complainant does not have or cannot afford the services of an attorney, Complainant may request that the Court appoint an attorney to represent Complainant and that the Court permit Complainant to file the action without payment of fees, costs, or other security. **The grant or denial of the request is within the sole discretion of the Court.**

2

Filing a request for an attorney does not extend the time in which to file a civil action. Both the request and the civil action <u>MUST BE FILED WITHIN NINETY (90) CALENDAR DAYS</u> of the date Complainant receives the final decision from the Department or the Commission.

**Mary L. Popiden 747966**          Digitally signed by Mary L. Popiden 747966
Date: 2021.09.14 10:08:12 -04'00'

---

MARY LYNNE POPIDEN                                         Date
Acting Director, Office of
Employment Discrimination
Complaint Adjudication

Attachment: EEOC Form 573

3