# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CATHERINE JAMES-PETERS,** ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | 2:21-cv-01631-ACA |
| ] | |
| **DENIS McDONOUGH, Secretary,** ] | |
| **Department of Veterans Affairs,** ] | |
| ] | |
| Defendant. ] | |

## FINAL ORDER

On December 9, 2021, Plaintiff Catherine James-Peters filed this case. (Doc. 1). Under Federal Rule of Civil Procedure 4(m), she had until March 9, 2022 to serve the defendant. Fed. R. Civ. P. 4(m). On March 14, 2022, with no indication on the docket that Ms. James-Peters had served the defendant, the court ordered her to show cause why the court should not dismiss the case for failure to serve. (Doc. 2). The deadline to respond to that order has passed without a response.

As a result, pursuant to Rule 4(m), the court **DISMISSES** this action **WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this April 8, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE